**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| PETER MYHR, | ) |
| | ) Case No.: 8:13-cv-00010 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VIKING CLIENT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, PETER MYHR, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Date: January 18, 2012                    RESPECTFULLY SUBMITTED,

By:   /s/*Ryan Lee*
Ryan Lee
Attorneys for Plaintiff
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: (866) 861-1390
rlee@consumerlawcenter.com

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.


By:    /s/ Ryan Lee, Esq.
           Ryan Lee, Esq